JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SYHARATH,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>W. L. MONTGOMERY, Warden,<br><br>　　　　　Respondent. | Case No. SACV 15-00914-DTB<br><br>**J U D G M E N T** |

Pursuant to the Order Denying Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: September 12, 2016

　　　　　　　　　　　　　　　　THE HONORABLE DAVID T. BRISTOW
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE